AUG 7 2025 PM 2:08
FILED - USDC - BPT - CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-24-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:25CR 129 (KAD)(SDV) |
| v. | VIOLATIONS: |
| KYLE CHAMBERS | 18 U.S.C. §§ 933(a)(1), 933(a)(2), 933(a)(3), and 933(b) (Firearm Trafficking - Conspiracy) |
| | 18 U.S.C. §§ 922(o) and 924(a)(2) (Unlawful Possession of a Machinegun) |
| | 26 U.S.C. §§ 5841, 5845(b), 5845(a)(7), 5861(d), and 5871 (Possession of Unregistered Machinegun and Silencer/Mufflers) |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Firearm Trafficking - Conspiracy)

1. From at least in or around June 2024 through on or about December 31, 2024, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant, KYLE CHAMBERS, and others known and unknown to the Grand Jury, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to traffic in firearms, in violation of Title 18, United States Code, Sections 933(a)(1) and (a)(2).

2. It was a part and an object of the conspiracy that the defendant, KYLE CHAMBERS, and others known and unknown to the Grand Jury, would and did ship, transport, transfer, and cause to be transported, and otherwise dispose of a firearm to another person in and otherwise affecting interstate and foreign commerce, and did so knowing and having reasonable

cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

3. It was further a part and an object of the conspiracy that the defendant, KYLE CHAMBERS, and others known and unknown to the Grand Jury, would and did receive from another person a firearm in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2).

All in violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

## COUNT TWO
(Unlawful Possession of a Machinegun)

4. On or about December 31, 2024, in the District of Connecticut, the defendant KYLE CHAMBERS, did knowingly possess a machinegun, as that term is defined in Title 26, United States Code, Section 5845(b), that is, four AR-type machine gun conversion devices intended to convert a semiautomatic AR-type firearm into a machinegun with no manufacturer's markings or serial numbers.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE
(Unlawful Possession of a Machinegun)

5. On or about December 31, 2024, in the District of Connecticut, the defendant KYLE CHAMBERS, did knowingly possess a machinegun, as that term is defined in Title 26, United States Code, Section 5845(b), that is, five machine gun conversion devices intended to convert a semiautomatic weapon into a machinegun with no manufacturer's markings or serial numbers.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR
(Possession of an Unregistered Machinegun)

6. On or about December 31, 2024, in the District of Connecticut, the defendant KYLE CHAMBERS, did knowingly possess a firearm, that is, four AR-type machine gun conversion devices intended to convert a semiautomatic AR-type firearm into a machinegun with no manufacturer's markings or serial numbers, and none of which are registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(b), 5861(d), and 5871.

## COUNT FIVE
(Possession of an Unregistered Machinegun)

7. On or about December 31, 2024, in the District of Connecticut, the defendant KYLE CHAMBERS, did knowingly possess a firearm, that is, five machine gun conversion devices intended to convert a semiautomatic weapon into a machinegun with no manufacturer's markings or serial numbers, and none of which are registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(b), 5861(d), and 5871.

## COUNT SIX
(Possession of an Unregistered Firearm Muffler/Silencer)

8. On or about December 31, 2024, in the District of Connecticut, the defendant KYLE CHAMBERS, did knowingly possess a firearm, that is, four firearm mufflers or firearm silencers designed to silence, muffle or diminish the report of a portable firearm, and none of which are registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871.

## FORFEITURE ALLEGATION
(Firearms Trafficking Conspiracy)

9. Upon conviction of the firearms trafficking offense alleged in Count One of this Indictment, the defendant KYLE CHAMBERS, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Sections 933(a)(1), 933(a)(2), and 933(a)(3), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, all firearms and ammunition involved in the commission of the offense and all associated ammunition, magazines, and firearm accessories, all of which were seized on or about December 31, 2024 in Granby, Connecticut.

All in accordance with Title 18, United States Code, Section 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearms Offenses)

10. Upon conviction of one or more of the firearms offenses alleged in Counts Two and Three of this Indictment, the defendant KYLE CHAMBERS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses including, but not limited to, all associated ammunition, magazines, and firearm accessories, all of which were seized on or about December 31, 2024 in Granby, Connecticut.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(National Firearms Act Offenses)

11.     Upon conviction of one or more of the offenses charged in Counts Four through Six of this Indictment, the defendant KYLE CHAMBERS, shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offenses including, but not limited to, all associated ammunition, magazines, and firearm accessories, all of which were seized on or about December 31, 2024 in Granby, Connecticut.

All in accordance with Title 21, United States Code, Section 853; Title 26, United States Code, Section 5872; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

FOREPERSON

UNITED STATES OF AMERICA

/s/ David X. Sullivan
DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/ John T. Pierpont, Jr.
JOHN T. PIERPONT, JR.
ASSISTANT UNITED STATES ATTORNEY